IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

STATE FARM MUTUAL AUTOMOBILE  PLAINTIFF(S)
INSURANCE COMPANY

vs.  Civil Action No.: 3:06CV-281-S
*Electronically Filed*

NEWBURG CHIROPRACTIC, PSC,
CANE RUN CHIROPRACTIC, PSC, and
MICHAEL PLAMBECK, DC, INDIVIDUALLY  DEFENDANT(S)

## FINAL JUDGMENT

The Court, having considered its rulings and opinions previously rendered in this case, including the Court's Memorandum Opinion and Order of January 21, 2010 [Docket No. 130], Memorandum Opinion and Order of July 11, 2011 [Docket Nos. 204, 205], and Memorandum Opinion and Order of November 5, 2012 [Docket No. 237], does hereby render final judgment in this case as follows:

1) Plaintiff, State Farm Mutual Automobile Insurance Company, is awarded the principal sum of $296,059.81 from Defendant Michael Plambeck, DC, Individually, on its Count 2 common law mistake claims against Michael Plambeck, DC, Individually, as set forth in the Court's prior rulings and Orders;

2) Plaintiff, State Farm Mutual Automobile Insurance Company, is awarded, as prejudgment interest, the sum of $261,064.97 from Defendant Michael Plambeck, DC, Individually;

3) Plaintiff, State Farm Mutual Automobile Insurance Company, takes nothing on its Count 1 claims against Defendants, such claims having been effectively adjudicated by the Court's decision on Count 2;

4) Plaintiff, State Farm Mutual Automobile Insurance Company, takes nothing on its Count 2 claims against Defendants Newburg Chiropractic, PSC and Cane Run Chiropractic, PSC, and all said claims against said Defendants are dismissed with prejudice per the Court's prior rulings and Orders;

1

5)   Plaintiff, State Farm Mutual Automobile Insurance Company, is awarded post-judgment interest on the principal sum set forth above at the rate of 0.18% per annum, as set forth in 28 U.S.C. § 1961;

6)   Plaintiff, State Farm Mutual Automobile Insurance Company, is awarded its costs on its Count 2 claims against Michael Plambeck, DC, Individually;

7)   Defendants Newburg Chiropractic, PSC and Cane Run Chiropractic, PSC awarded their costs on Count 2, to be recovered from Plaintiff, State Farm Mutual Automobile Insurance Company;

8)   Plaintiff, State Farm Mutual Automobile Insurance Company's Count 3 claims have been dismissed with prejudice by agreement of the Parties   pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each of the Parties is to bear their own costs on said Count.

9)   Each of the Parties is to bear their own costs on the Count 1 claims.

10)   A bill of costs is to be submitted within 15 days by the respective Parties.

All other relief not expressly granted herein is hereby **DENIED.**

December 14, 2012

*[signature]*

**Charles R. Simpson III, Judge**
**United States District Court**

Agreed as to form only:

Mr. John M. Bush
Quintairos, Prieto, Wood & Boyer, P.A.
9300 Shelbyville Road
Louisville, KY  40202
(502) 587-8974
(502) 587-8975 (fax)
jbush@bushlawoffice.com

and

2

OF COUNSEL:

/s/Benjamin G. Kemble
David V. Jones, TX State Bar No. 10869825
Benjamin G. Kemble, TX State Bar No. 24050864
Jones, Andrews & Ortiz, P.C.
10100 Reunion Place, Suite 600
San Antonio, TX 78216
(210) 344-3900
(210) 366-4301 (fax)
dvj@jao-law.com
bkemble@jao-law.com
COUNSEL FOR PLAINTIFF,
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

and

/s/ Kenneth R. Stein
Kenneth R. Stein
MATTHEWS, STEIN, SHIELD, PEARCE, KNOTTED
EDEN & DAVIS, LP
8131 LBJ Freeway, Suite 700
Dallas, TX 75251

and

Donald L. Cox
William H. Mooney
LYNCH, COX, GILMAN & GOODMAN, P.S.C.
500 West Jefferson Street, Suite 2100
Louisville, KY 40202
Telephone: (502) 589-4215
Facsimile: (502) 589-4994
ATTORNEYS FOR DEFENDANTS NEWBURG CHIROPRACTIC, PSC,
CANE RUN CHIROPRACTIC, PSC AND MICHAEL PLAMBECK, DC